## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mitchell McPherson

                        Plaintiff,

v.                                        Case No.: 1:23–cv–02913
                                        Honorable Steven C. Seeger

McDonald's USA, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 23, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion for an extension of time (Dckt. No. [45]) is hereby granted. As proposed, a response to the complaint is due by May 8, 2026. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.