**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MITCHELL MCPHERSON,

      Plaintiff,

    v.

MCDONALD'S USA, LLC, a Delaware
limited liability company, and
MCDONALD'S CORPORATION, a
Delaware corporation,

      Defendants.

Case No. 1:23-cv-02913

Hon. Steven C. Seeger

## JOIN STATUS REPORT PURSUANT TO MAY 15, 2026 MINUTE ENTRY

Plaintiff and Defendants McDonald's USA, LLC and McDonald's Corporation (collectively "Defendants," and together with Plaintiff, the "Parties"), through their respective counsel and pursuant to the Court's May 15, 2026 Minute Entry, *see* Dkt. 49, jointly submit the following interim status report.

1.     On March 27, 2026, this Court granted in part and denied in part Defendants' motion to dismiss. *See* Dkt. 43. The Parties appeared before the Court on April 23, 2026 for an initial status hearing, *see* Dkts. 44, 49, after which Defendants filed their Answer and Affirmative Defenses, *see* Dkt. 48.

2.     On May 15, 2026, this Court entered an order memorializing the events of April 23, 2026 and setting a deadline of today for the filing of a joint status report. *See* Dkt. 49.

3.     Since the April 23, 2026 status hearing, the Parties have met and conferred and are currently negotiating a case schedule and discovery plan. The Parties anticipate filing a full Joint

Initial Status Report pursuant to Rule 26(f) and in compliance with this Court's procedures within seven (7) days, or by May 22, 2026.

Dated: May 15, 2026

/s/ Steve Art
Jon Loevy
Dan Twetten
Steve Art
Quinn Rallins
LOEVY + LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

*Counsel for Mitchell McPherson*

Respectfully submitted,

/s/ Mary A. Laird
Patricia Brown Holmes
Amy C. Andrews
Mary A. Laird
Nathan A. Shine
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
(312) 471-8700
pholmes@rshc-law.com
aandrews@rshc-law.com
mlaird@rshc-law.com
nshine@rshc-law.com

*Counsel for McDonald's USA, LLC and McDonald's Corporation*