**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mitchell McPherson

                    Plaintiff,

v.
                                     Case No.: 1:23–cv–02913
                                     Honorable Steven C. Seeger

McDonald's USA, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint initial status report. (Dckt. No. [51]) The Court adopts the proposed schedule. Fact discovery will close on April 1, 2027. Scheduling Order to follow. The parties must read this Court's Standing Order on Depositions before taking any depositions. The Court reiterates the need to coordinate and consolidate discovery (to the extent possible) with the King and Manning matters, to avoid unnecessary burdens and delays. This Court recognizes that this case is ahead of the other cases when it comes to a ruling on the sufficiency of the pleadings. So this Court recognizes that there may be a need to adjust the schedule down the road. The parties must file a status report by October 15, 2026. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.