**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Mitchell McPherson, | |
| Plaintiff. | Case No. 1:23-cv-02913 |
| v. | Hon. Steven C. Seeger |
| McDonald's USA, LLC and McDonald's Corporation, | |
| Defendants. | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Rule 26(a) Initial Disclosures | To be served June 22, 2026 |
| Fact Discovery Commencement | May 26, 2026 |
| Amendment to Pleadings | February 1, 2027 |
| Completion of Fact Discovery | April 1, 2027 (approximately 10 months from start date) |
| Disclosure of Plaintiff's Expert Report(s) | May 3, 2027 |
| Deposition of Plaintiff's Expert | June 2, 2027 |
| Disclosure of Defendant's Expert Report(s) | July 2, 2027 |
| Deposition of Defendant's Expert | August 2, 2027 |
| Close of Expert Discovery | August 2, 2027 |

| Dispositive Motions | September 2, 2027 |
| --- | --- |

Date: June 29, 2026

_____

Steven C. Seeger
United States District Judge