**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mitchell McPherson
Plaintiff,
v.
Case No.: 1:23−cv−02913
Honorable Steven C. Seeger
McDonald's USA, LLC, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. [56] Discovery is underway. The parties expect some potential issues about the proper scope of discovery, given the dismissal of the complaints in King and Manning. Needless to say, Plaintiff's counsel cannot use discovery in the case at hand as a backdoor way to obtain discovery relevant to the King case and the Manning case. That said, discovery that is relevant to the claims by Plaintiff McPherson and that passes muster under Rule 26 is fair game. So this Court will keep an open mind, and the parties will keep their powder dry. As proposed, the parties must submit a joint status report by December 14, 2026. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.